UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
***************************************
In re :                                 *
                                        *
ANALYTICA WIRE, INC.                    *      Case No. 08-00109
                                        *
                                        *      Chapter 7
                Debtor.                 *
***************************************
```

MOTION TO APPROVE COMPROMISE

Kevin R. McCarthy, Trustee, pursuant to Fed. R. Bankr. P. 9019, hereby moves the Court to approve the compromise among the Trustee, Glen Schroeder, Benjamin Frankel, Grant Lally, Jeremy Zissman, and Stewart Cass that is described in the Trustee's Notice Of Intention To Compromise filed simultaneously herewith.  For the reasons stated in the Notice the Trustee believes that the proposed compromise is in the best interests of the estate.  The Trustee has noticed the compromise to the Debtor, the United States Trustee, and all creditors.

Wherefore, the Trustee requests entry of the attached Order Approving Compromise.

Date:  October 20, 2009            Respectfully submitted,

                                               /s/ Kevin R. McCarthy
                                               Kevin R. McCarthy, No. 218149
                                               McCarthy & White, PLLC
                                               1751 Pinnacle Drive- Suite 1115
                                               McLean, VA 22102
                                               Telephone:  703-770-9261
                                               krm@mccarthywhite.com
                                               Attorneys for the Trustee

CERTIFICATE OF SERVICE

       I hereby certify that on this 20th day of October, 2009 I served a copy of the foregoing through the clerk's ecf system on all registered participants who have appeared in this case and mailed a copy to the following:

Benjamin Frankel
1727 Massachusetts Avenue, NW.
Suite 815
Washington, DC 20036

Grant Lally
220 Old Country Road
Mineola, NY 11501

Jeremy Zissman
11225 River View Drive
Potomac, MD 20854

Glen Schroeder
3416 – 17th Street, NW
Washington, DC 20010

                                                /s/ Kevin R. McCarthy
                                                Kevin R. McCarthy