The order below is hereby signed.

Signed: November 12, 2009.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| In re : | \* | |
| | \* | |
| ANALYTICA WIRE, INC. | \* | Case No. 08-00109 |
| | \* | |
| | \* | Chapter 7 |
| Debtor. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER APPROVING COMPROMISE

Upon Consideration of the Trustee's Motion To Approve Compromise, the Trustee's Notice Of Intention To Compromise, and the lack of an objection thereto, it is

ORDERED, that the following compromise among the Trustee, Glen Schroeder ("Petitioning Creditor"), and Benjamin Frankel, Grant Lally, Jeremy Zissman, and Stewart Cass (collectively, "Former Stockholders") is approved:

1. The Trustee will receive $15,000 from the Former Stockholders within ten days of Court approval of the compromise.

2. The Trustee will pay $5,000 to the Petitioning Creditor within ten days of receipt of the payment from the Former Stockholders.

3. The Trustee, on behalf of the bankruptcy estate, will release all claims against the Petitioning Creditor, the Former Stockholders, any entity in which they have an ownership interest, including News Wire Publications, LLC, Homeland Security News Wire, and AW News Group, Inc., and their directors, officers and agents.

4. The Petitioning Creditor, on behalf of himself, any entity in which he has an ownership interest, and his agents, will release all claims against the Former Stockholders, any entity in which they have an ownership interest, including Analytica Wire, Inc., News Wire Publications, LLC, Homeland Security News Wire, and AW News Group, Inc., their entities directors, officers and agents, and the bankruptcy estate.

5. The Former Stockholders, on behalf of themselves, any entity in which they have an ownership interest, and their agents, will release all claims against the Petitioning Creditor, any entity in which he has an ownership interest, the bankruptcy estate, and their agents.

6. The Trustee, the Petitioning Creditor, and the Former Stockholders will enter into a separate settlement agreement and release consistent with the above terms.

cc:

United States Trustee
115 S. Union Street
Plaza Level - Suite 210
Alexandria, VA  22314

Kevin R. McCarthy
McCarthy & White, PLLC
1751 Pinnacle Drive – Suite 1115
McLean, VA  22102

Benjamin Frankel
1727 Massachusetts Avenue, NW. – Suite 815
Washington, DC 20036

Grant Lally
220 Old Country Road
Mineola, NY 11501

Jeremy Zissman
11225 River View Drive
Potomac, MD 20854

Glen Schroeder
3416 – 17th Street, NW
Washington, DC 20010

Philip J. McNutt
Elizabeth Hughes
1100 Connecticut Avenue, NW - Suite 340
Washington, DC 20036